UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LOYCE MAE JAMES, *ET AL.*, Plaintiffs | CIVIL ACTION NO. 1:18-CV-01507 |
| VERSUS | JUDGE DRELL. |
| PROGRESSIVE SECURITY INSURANCE CO., *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the United State's Motion for Partial Summary Judgment (ECF No. 21) is GRANTED.

IT IS FURTHER ORDERED that James's FTCA claims against the United States are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all claims against Normand are DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 27th day of February, 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT